1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT
9                         CENTRAL DISTRICT OF CALIFORNIA
10
11   ANSELMO NEGRETE,                    Case No. 2:24-cv-00902-FLA (JCx)
12                    Plaintiff,
                                         **JUDGMENT AGAINST**
13          v.                           **DEFENDANT JPMORGAN CHASE**
                                         **BANK, N.A. [DKT. 101]**
14   JPMORGAN CHASE BANK, N.A., *et*
15   *al.*,
16                    Defendants.
17
18
19
20
21
22
23
24
25
26
27
28

The court, having considered Plaintiff Anselmo Negrete's ("Plaintiff") notice of acceptance of Defendant JPMorgan Chase Bank, N.A's ("Chase") offer of judgment pursuant to Fed. R. Civ. P. 68, Dkt. 101, and finding there is no just reason to delay entering judgment as to Chase, *see* Fed. R. Civ. P. 54(b), hereby ORDERS and ADJUDGES as follows:

1. Judgment shall be ENTERED in favor of Plaintiff and against Chase in the amount of $10,000.00 (ten thousand dollars and zero cents).
2. Plaintiff may file a request on or before March 7, 2025, for an award of court costs and reasonable attorney's fees in connection with Plaintiff's claims against Chase. Chase may file an opposition on or before March 21, 2025.

IT IS SO ORDERED.

Dated: February 4, 2025

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge